| | | |
|---|---|---|
| TERRENCE L. WILLIAMS<br>P.O. Box 394<br>Northeast, MD 21901, | * | IN THE |
| | * | CIRCUIT COURT |
| *Plaintiff,* | * | OF |
| *v.* | * | MARYLAND |
| AMERICAN LUMPERS SERVICES, LLC<br>9231 Rumsey Road, Suite 2<br>Columbia, MD 21045, and | * | FOR |
| | * | HOWARD COUNTY |
| DART CONTAINER CORPORATION<br>1000 Industrial Park Road<br>Federalsburg, MD 21632, | * | |
| | * | Case No.: C-13-CV-20-000315 |
| *Defendants.* | * | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Terrence L. Williams, Plaintiff, by John B. Stolarz, his attorney sues American Lumpers LLC, and Dart Container Corporation, Defendants, and says:

1. The Plaintiff Terrence L. Williams, became employed by Defendant American Lumper Services LLC on or about April 29, 2019.

2. Defendant Lumper Services, LLC ("Lumpers") provides freight handling and staffing services to businesses requiring such services.

3. Thereafter, Defendant Lumpers Services, LLC sent the Plaintiff to work for Defendant Dart Container Corporation, ("Dart") as a forklift driver.

4. Plaintiff injured his left wrist while working for Defendant Dart Container Inc. on May 9, 2019.

5. On May 10, 2019 Plaintiff's physician restricted him to light duty work and Plaintiff was no longer able to operate the forklift for Defendant Dart.

6. On, or about, May 16, 2019 Plaintiff filed Employee's Claim No.: W123993 with the Maryland Workers Compensation Commission.

7. Defendants denied Plaintiff's request for light duty and terminated the Plaintiff on

May 17, 2019.

8. On July 31, 2019 Plaintiff filed a Charge of Discrimination, No. 531-2019-02442, with the Equal Employment Opportunity Commission ("EEOC"), against Defendant American Lumper Services LLC alleging disability discrimination, the failure to accommodate Plaintiff's disability, and retaliation.

9. On July 31, 2019 Plaintiff filed a Charge of Discrimination, No. 531-2019-03213, against Defendant Dart Container Corporation alleging disability discrimination, the failure to accommodate Plaintiff's disability, and retaliation.

10. All conditions precedent have been satisfied because more than 180 days have passed since the filing of the Charges of Discrimination.

## COUNT ONE
## Disability Discrimination
## In Violation of Maryland State Gov't Article ("SG"), § 20-606

11. The foregoing paragraphs are incorporated herein.

12. Plaintiff's left wrist injury is a physical impairment within the meaning of SG, § 20-601(b). Plaintiff's impairment limited one or more of Plaintiff's major life activities, within the meaning of COMAR § 14.03.02.02(B)(6)(b), such as, but not limited to, performing manual tasks, operating a forklift, working and driving a vehicle.

13. Terminating the Plaintiff, as aforesaid, instead of granting him light duty work or leave to care for his disability, constitutes intentional discrimination in violation of SG § 20-606.

14. As a result of Defendants' failure to accommodate the Plaintiff's disability, and unlawful termination, the Plaintiff has been damaged as aforesaid.

Wherefore Plaintiff requests reinstatement to the position he held immediately prior to termination. Plaintiff further demands full back pay including fringe benefits that he would have been earned, front pay and all fringe benefits in connection therewith, a monetary award for emotional distress on account of Defendants' unlawful conduct, punitive damages, reasonable attorney fees, costs of litigation, and prejudgment interest, all of which are in excess of Seventy Five Thousand Dollars ($75,000.00), and for such other and further relief as the Court deems just and proper.

## COUNT TWO
### Failure to Accommodate Plaintiff's Disability In Violation of SG § 20-606

15. The foregoing paragraphs are incorporated herein.

16. Defendant's failure to grant the Plaintiff light duty and/or medical leave to care for his injured wrist while it heals, constitutes a failure to accommodate Plaintiff's disability in violation of SG § 20-606.

17. As a result of Defendant's failure to accommodate Plaintiff's disability, the Plaintiff has been damaged as aforesaid.

Wherefore Plaintiff requests reinstatement to the position he held immediately prior to termination. Plaintiff further demands full back pay including fringe benefits that he would have been earned, front pay and all fringe benefits in connection therewith, a monetary award for emotional distress on account of Defendants' unlawful conduct, punitive damages, reasonable attorney fees, costs of litigation, and prejudgment interest, all of which are in excess of Seventy Five Thousand Dollars ($75,000.00), and for such other and further relief as the Court deems just and proper.

## COUNT THREE
### Defendant's Failure to Engage the Plaintiff in an Interactive Process

18. The foregoing paragraphs are incorporated herein.

19. Defendant failed to engage the Plaintiff in an interactive process to arrive at a reasonable accommodation.

20. Had Defendant engaged the Plaintiff in an interactive process, a reasonable accommodation would have been available to the Plaintiff such as, but not limited to light duty work and/or medical leave to care for his injure wrist.

21. Defendant's failure to engage the Plaintiff in an interactive process to arrive at a reasonable accommodation constitutes a violation of SG § 20-606, *et seq.*, and 42 U.S.C. § 2000(e) *et seq.*

22. As a result of Defendant's failure to accommodate him, the Plaintiff has been damaged as aforesaid.

Wherefore Plaintiff requests reinstatement to the position she held immediately prior to termination. Plaintiff further demands full back pay including fringe benefits that would have

been earned, front pay and all fringe benefits in connection therewith, a monetary award for emotional distress on account of Defendants' unlawful conduct, punitive damages, reasonable attorney fees, costs of litigation, and prejudgment interest, all of which are in excess of Seventy Five Thousand Dollars ($75,000.00), and for such other and further relief as the Court deems just and proper.

## COUNT FOUR
### Wrongful Termination

23. The foregoing paragraphs are incorporated herein.

24. Terminating the Plaintiff because he exercised a legal right to file a Claim under Maryland's Workers Compensation laws constitutes a wrongful discharge because it is violation of a clear mandate of public policy, set forth in Maryland Labor & Employment Article, § 9-1105 which prohibits an employer from terminating an employee who files a Workers Compensation Claim.

25. Defendants Lumpers Services, LLC and Dart Container Inc. are liable to the Plaintiff for the damages caused by the wrongful discharge.

26. As a result of the wrongful discharge, the Plaintiff was damaged by the loss of wages, incurring other expenses, and caused to suffer severe emotional distress such as, but not including, loss of sleep, anxiety, depression, humiliation, and embarrassment.

Wherefore, Plaintiff demands judgment against Defendants Lumpers Services, LLC and Dart Container Inc. for compensatory damages such as, but not limited to, past and future lost wages, other economic damages, emotional distress and other non-economic damages, punitive damages, attorney fees, litigation expenses, court costs, and prejudgment interest in

an amount in excess of Seventy Five Thousand Dollars ($ 75,000.00) and for such other and further relief, as may be appropriate.

/s/ John B. Stolarz
John B. Stolarz
CPF No.: 7911010330
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Terence Williams, Plaintiff, by John B. Stolarz, his attorney, demands a jury trial on all issues.

/s/John B. Stolarz
John B. Stolarz

Attorney for Plaintiff

W:\5340\Pleading\Complaint.wpd

IN THE CIRCUIT COURT FOR Howard County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

### THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING

FORM FILED BY: ☒ PLAINTIFF  ☐ DEFENDANT   CASE NUMBER C-13-CV-20-000315 (Clerk to insert)

CASE NAME: Terrence L. Williams vs. American Lumpers Services, Inc. et al.
            Plaintiff                       Defendant

PARTY'S NAME: _____ PHONE: _____
PARTY'S ADDRESS: _____
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: JOHN B. STOLARZ  PHONE: 410-532-7200
PARTY'S ATTORNEY'S ADDRESS: 6509 YORK ROAD BALTIMORE MD 21212
PARTY'S ATTORNEY'S E-MAIL: stolarz@verizon.net

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ____ hours  5 days

### PLEADING TYPE

New Case: ☒ Original    ☐ Administrative Appeal    ☐ Appeal
Existing Case: ☐ Post-Judgment    ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☒ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☒ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)      Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000  ☐ $10,000 - $30,000  ☒ $30,000 - $100,000  ☐ Over $100,000

☐ Medical Bills $_____  ☐ Wage Loss $_____  ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☒Yes ☐No
B. Arbitration ☐Yes ☒No
C. Settlement Conference ☒Yes ☐No
D. Neutral Evaluation ☐Yes ☒No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check **here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.
(Case will be tracked accordingly)

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☒ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ Expedited - Trial within 7 months of Defendant's response
☐ Standard - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 04/2017)  Page 2 of 3

# COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

March 30 2020
Date

The Stolarz Law Firm 6509 York Road
Address

Baltimore      MD      21212
City           State   Zip Code

*Signature of Counsel / Party*

John B. Stolarz
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3